

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2020

No. 04-19-00835-CR

Jesus **GONZALEZ-GALLEGOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6182
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On March 25, 2020, we abated this appeal to the trial court for appointment of appellate counsel to represent appellant, who is indigent. We have received a supplemental clerk's record containing the trial court's order appointing counsel. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is further ORDERED that the appellant's brief is due **within thirty (30) days** from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court